# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

**RECEIVED**
**U.S. Marshals Service**
**JUL 24 2020**
**Southern District of Illinois**
**E. St. Louis, IL**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Vallie Francis Zeller<br>*Defendant(s)* | Case Number: 20-30101-NJR |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Vallie Francis Zeller,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Attempted Enticement of a Minor in violation of 18:2422(b).
Count 2: Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18:2423(b).
Count 3: Attempted Production of Child Pornography in violation of 18:2251 (a) and (e).

Date: July 24, 2020

*M.y. Aahers*, Deputy Clerk
*Issuing officer's signature*

City and state:   East St. Louis, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 7/24/20
Returned unexecuted, already
arrested on this charge
W. Winston

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)

2025-0124-1398-J